IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:24CR00023-1 |
| | ) | |
| Prentiss Ivory Davis | ) | |

## ORDER

On July 16, 1999, Prentiss Ivory Davis, appeared before the Court in the District of New Mexico, and was sentenced, following a guilty plea, to 353 months imprisonment, followed by a five-year term of supervised release, for the offenses of: Counts One and Two: Interstate transportation of a stolen motor vehicle; Count Three: Unlawful production of identification document; Count Four: Fraudulent use of an unauthorized access device; Count S1: Carjacking resulting in death; and Count S2: Commission of a crime of violence with a firearm. There were no special conditions ordered at sentencing. Davis was ordered to pay a $600 special assessment.

On May 13, 2024, jurisdiction was transferred from the District of New Mexico to the Southern District of Georgia.

On July 30, 2025, the Court modified Davis' conditions to include his participation in a substance abuse treatment program.

On October 28, 2025, a petition to show cause why Davis' term of supervised release should be revoked was filed. The petition alleged that Davis failed to refrain from drug usage on at least four occasions and continued to associate with persons engaged in criminal activity on at least four different occasions.

On December 11, 2025, a final revocation hearing was held to address the violations outlined above. Davis, through his attorney, stipulated to all violations outlined in the petition. Based on Davis' stipulation to all the alleged violations, the Court found sufficient evidence to

support revocation. However, the Court decided not to make further ruling on Davis' case, at this time. The final revocation hearing will be held in recess until March 11, 2026, at 10:00 a.m.

While in recess, the Court directs Davis to continue to make progress in substance abuse treatment and to communicate with his probation officer if he needs to change treatment providers.

It is further ordered that any further violations of the conditions of supervised release, during the recess period, will be reported to and addressed by the Court.

**SO ORDERED**, this 17th day of December, 2025.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA